4:23-mj-06427-JEH #4 (Court only) Filed: 06/21/23 Page 1 of 5

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 23-MJ- 6427
SIM CARD, KINGSTON FLASH DRIVE, BLACK & BLUE VIVO CELL )
PHONE, WHITE, SILVER & BLACK APPLE CELL PHONE, GRAY APPLE )
CELL PHONE, WHITE & GOLD GOOGLE CELL PHONE. ALL )
CURRENTLY LOCATED AT FBI IN SPRINGFIELD, ILLINOIS. )
SEE ATTACHMENT A )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Central_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location):*

SIM CARD, KINGSTON FLASH DRIVE, BLACK & BLUE VIVO CELL PHONE, WHITE, SILVER & GOLD APPLE CELL PHONE, GRAY APPLE CELL PHONE, WHITE & GOLD GOOGLE CELL PHONE, further described in Attachment A which is attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B which is attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Jonathan E. Hawley_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/21/23 at 2:00 pm CDT    *[signature]*
                                                  Judge's signature

City and state:   Peoria, Illinois                Jonathan E. Hawley, United States Magistrate Judge
                                                  *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 23-MJ-6427 | Date and time warrant executed: 06/26/2023 3:00PM | Copy of warrant and inventory left with: N/A – SEE BELOW |
|---|---|---|

Inventory made in the presence of: ITS-DIGITAL FORENSIC EXAMINER ALYSSA KOSTON

Inventory of the property taken and name(s) of any person(s) seized:

DIGITAL EXTRACTIONS OF DATA (IMAGES) OF ITEMS – "DEVICES" – LISTED IN ATTACHMENT A, COPIED TO FBI HARD DISK DRIVE.

(THE DEVICES WERE RECEIVED BY THE FBI FROM THE ILLINOIS STATE POLICE AND REMAIN IN FBI EVIDENCE INVENTORY.)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/14/2023

s/Tim K Murphy
*Executing officer's signature*

TIM K. MURPHY, SPECIAL AGENT, FBI
*Printed name and title*

# ATTACHMENT A

The property to be searched consists of seven (7) devices (collectively, the "DEVICES"). The DEVICES are as follows:

a) DEVICE #1 : FBI Evidence Item 1B5 - SIM card, ICCID# 04180 05785 57510 26205;

b) DEVICE #2 : FBI Evidence Item 1B5 - Kingston 64GB flash drive, serial number 04715-761.A00LF;

c) DEVICE #3 : FBI Evidence Item 1B6 - ASUS notebook personal computer, model: GU603Z, serial number N1NRKD014409032;

d) DEVICE #4 : FBI Evidence Item 1B7 - Vivo cellular telephone, black and blue in color, dual SIM tray, no visible IMEI number;

e) DEVICE #5 : FBI Evidence Item 1B8 - Apple cellular telephone, white, silver, black in color, no visible IMEI number;

f) DEVICE #6 : FBI Evidence Item 1B9 - Apple cellular telephone, gray in color, IMEI# 353074114363102;

g) DEVICE #7 : FBI Evidence Item 1B10 - Google cellular telephone, white and gold in color, IMEI# 351610582207503

This warrant authorizes the forensic examination of the DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

1

# ATTACHMENT B

1. All records on the DEVICES described in Attachment A that relate to violations of Title 18 U.S.C. §§ 1029(a)(1), 1029(a)(3), and 1029(a)(4), fraud and related activity in connection with access devices, and 18 U.S.C. § 1343 and 1349, wire fraud and conspiracy to commit wire fraud, involving YAFENG SHEN and ZENAN ZHAO, and other CO-CONSPIRATORS yet to be identified, including:

   a) Contact lists containing names of associates and suppliers as well as related identifying information;

   b) Types, amounts, and value of any access devices produced, altered, used or trafficked as well as dates, places, and amounts of specific transactions;

   c) Any telephone call, text message data or transactional data regarding the possession, use, trafficking, alteration, or counterfeiting of access devices, including information found on third party applications;

   d) Any information related to sources of stolen or counterfeit access devices (including names, addresses, telephone numbers, or any other identifying information);

   e) Any information recording the above listed subjects' schedule or travel;

   f) All cryptocurrency records, bank records, checks, credit card bills, account information, and other financial records;

   g) Any photographs or videos relating to the illegal production, alteration, possession, or distribution of stolen or counterfeit access devices;

   h) Records of Internet Protocol addresses used;

   i) Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

   j) Records of third-party applications including information related to travel, contacts and financial information such as transactions, account numbers, account balances, monetary transfers, and receipts.

1

As used above, the terms "records" and "information" include all the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.